KENNETH M. SORENSON
United States Attorney
District of Hawaii

TRACY WEINSTEIN NY#5300579
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Tracy.Weinstein@usdoj.gov

Attorneys for Defendants
THE UNITED STATES SMALL BUSINESS ADMINISTRATION
KELLY LOEFFLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED LAUNDRY SERVICES, LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION and KELLY LOEFFLER in her official capacity as Administrator of the United States Small Business Administration,<br><br>             Defendants. | CASE NO. CV24-00517 HG-RT<br><br>FIRST STIPULATION EXTENDING TIME FOR DEFENDANTS THE UNITED STATES SMALL BUSINESS ADMINISTRATION'S AND KELLY LOEFFLER'S REPLY TO PLAINTIFF'S AMENDED OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT [ECF NOs. 53-54]; CERTIFICATE OF SERVICE |

FIRST STIPULATION EXTENDING TIME FOR DEFENDANTS THE UNITED STATES SMALL BUSINESS ADMINISTRATION'S AND KELLY LOEFFLER'S REPLY TO PLAINTIFF'S AMENDED OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT [ECF NOs. 53-54]

Defendants the United States Small Business Administration and Kelly Loeffler in her official capacity as Administrator of the United States Small Business Administration ("SBA") and Plaintiff United Laundry Services, LLC ("Plaintiff"), by and through their undersigned counsel hereby stipulate to the following:

1. WHEREAS, Plaintiff's deadline to file its Opposition to SBA's Cross Motion for Summary Judgment and Reply to its Motion for Summary Judgment was on or before Friday, April 3, 2026;

2. WHEREAS, Plaintiff filed its Opposition to SBA's Cross Motion for Summary Judgment and Reply to its Motion for Summary Judgment on Friday, April 3, 2026 [ECF Nos. 50-52];

3. WHEREAS, Plaintiff filed an Amended Memorandum in Opposition to Cross-Motion and Amended Documents (Declaration and Exhibits A-K) [ECF Nos. 53-54] on April 9, 2026;

//

//

//

//

2

4.      The parties agree that SBA's deadline to file its Reply brief shall be extended from April 17, 2026, to on or before April 24, 2026;

DATED: April 9, 2026, at Honolulu, Hawaii.

                                                  KENNETH M. SORENSON
United States Attorney
District of Hawaii

/s/ Chelsea Lyn Granville Reed         /s/ Tracy J. Weinstein
_____  By_____

CHELSEA LYN GRANVILLE REED    TRACY WEINSTEIN
KRISTIN MCCALL                 Assistant U.S. Attorneys
LOUISE K.Y. ING

Attorneys for Plaintiff             Attorneys for Defendants

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 10, 2026.



Helen Gillmor
United States District Judge

*United Laundry Services, LLC v. United States Small Business Administration, et al.,* Case No. CV24-00517 HG-RT; "First Stipulation Extending Time for Defendants The United States Small Business Administration's and Kelly Loeffler's Reply to Plaintiff's Amended Opposition to Cross-Motion for Summary Judgment [ECF Nos. 53-54]."